# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JERRY F. POPHAM, JR., | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:14-cv-157 |
| v. | * |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | * |
| Defendant. | * |

### ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's May 24, 2016, Report and Recommendation, dkt. no. 17, to which Plaintiff filed Objections, dkt. no. 18. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **AFFIRMS** the decision of the Commissioner. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 17 day of June, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA